IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN,                  )
                                )
            Plaintiff,          )
                                )
    v.                          )    1:19CV794
                                )
GOVERNOR ROY COOPER, et al.,    )
                                )
            Defendants.         )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 22, 2021, was served on the parties in this action. (Text Order and Recommendation dated Sept. 21, 2021; Doc. 23.) Plaintiff objected to the Recommendation. (Doc. 24.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

                            /s/   Thomas D. Schroeder
                            United States District Judge

September 29, 2021